UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUMIBAMA MOONGA,<br><br>      Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.<br><br>      Defendants. | Case No. 1:25-cv-01478-JLT-EPG<br><br>ORDER RE: MOTION TO E-FILE DOCUMENTS<br><br>(ECF No. 3) |

    Plaintiff Ndumibama Moonga is proceeding *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1 and 2). Plaintiff now moves for permission to electronically file (e-file) documents in this case, stating that e-filing is easier, faster, consistent with sealed handling, and will reduce the burden of the cost of paper and conserve resources than filing documents via in-person and the mail. (ECF No. 3).

    Under the Court's Local Rules, *pro se* parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an exception to this rule must be submitted as a stipulation between the parties or a "written motion[] setting out an explanation of reasons for the exception." Local Rule 133(b)(3). It is within the Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, 2013 WL

1

2603413, at *3 (E.D. Cal. June 11, 2013).

Plaintiff states the reasons he is requesting permission to e-file—essentially because it is more convenient. However, the motion does not make clear whether Plaintiff is familiar with the requirements applicable to e-filing in this Court or whether he has the necessary hardware and software needed for e-filing.

Plaintiff will be given an opportunity to file a declaration in support of his motion that addresses whether he is aware of the requirements for e-filing and whether he has access to the necessary hardware and software.

Accordingly, IT IS ORDERED that Plaintiff shall have ten days from the date of entry of this order to file a separate declaration in support of his request for permission to use the Court's e-filing system. The declaration should address whether he is aware of the requirements for e-filing and whether he has access to the necessary hardware and software.

IT IS SO ORDERED.

Dated: **November 4, 2025**                  /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2