UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDUMIBAMA MOONGA,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA., et al.,<br><br>            Defendants. | Case No.  1:25-cv-01478-JLT-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ELECTRONICALLY FILE (E-FILE) DOCUMENTS<br><br>(ECF Nos. 3 and 16) |

## I.      INTRODUCTION

Plaintiff Ndumibama Moonga ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this civil action filed on November 3, 2025. Before the Court is his motion to electronically file (e-file) documents in this case and his declaration in support of his motion (ECF Nos. 3, 16).

For the reasons explained below, the Court will deny the motion.

## II.      BACKGROUND

Plaintiff filed the complaint commencing this action on November 3, 2025. (ECF No. 1). Plaintiff's complaint is 78 pages and names six individual defendants and ten Doe Defendants, including the State of California and Gavin Newsom. (ECF No. 1) (emphasis added). In addition to his complaint, on November 3, 2025, Plaintiff also filed: (1) a motion to proceed *in forma pauperis;* (2) a motion to e-file; (3) a motion to seal the entire case; (4) motion to permit pseudonymity; (5) motion to Order U.S. Marshal Service; (6) motion to set a sealed redaction

1

protocol; and (7) a motion for a temporary restraining order. (ECF Nos. 2, 3, 4[1], 5).

In his motion to e-file, Plaintiff states that good cause exists to grant his motion because it would be efficient and timely, consistent with his requested sealed handling of his filings in the case, there would be no prejudice to Defendants, Plaintiff would comply with the local rules regarding filings, and would greatly reduce the burden, costs, and resources of paper filing. (ECF No. 3 at 2).

On November 5, 2025, the Court issued an order directing Plaintiff to file a declaration that he is familiar with the requirements applicable to e-filing and whether or not he has the necessary hardware and software required for e-filing. (ECF No. 9 at 1-2). Plaintiff timely filed his declaration. (ECF No. 16).

### III.    ANALYSIS

Under the Court's Local Rules, *pro se* parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an exception to this Rule must be submitted as a stipulation between the parties or via a motion. Local Rule 133(b)(3). And it is within the Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

After considering Plaintiff's motion and the above legal standards, the Court declines to exercise its discretion to grant Plaintiff permission to e-file.

First, Plaintiff's voluminous filings in this case show that he can readily file documents without the use of e-filing.

Second, Plaintiff's filings in this case are already voluminous, and it is likely that allowing e-filing will facilitate additional voluminous filings.  Plaintiff's complaint, which is before this Court for screening, is 78 pages long.  Plaintiff has also already filed seven additional motions, including a motion for temporary restraining order, which the District Judge has denied.  (ECF No. 6 ("The Court has reviewed the motion for temporary restraining order. It fails to establish that there is an emergency, which would require immediate court action or that irreparable harm

---

[1] ECF No. 4 contains Plaintiff's motions to seal the entire case, permit pseudonymity, order USMS Service, and set a sealed redaction protocol.

will result if the temporary restraining order is not issued. Thus, the motion for temporary restraining order is DENIED.")).  The Court is concerned that permitting electronic filing may encourage Plaintiff to file unnecessarily voluminous filings, taxing the limited resources of the Court.

**IV.    CONCLUSION**

Accordingly, IT IS ORDERED that Plaintiff's motion to e-file documents (ECF No. 3, 16) is DENIED.

IT IS SO ORDERED.

Dated:   **February 25, 2026**                    /s/ _Erica P. Grosjean_
                                                  UNITED STATES MAGISTRATE JUDGE

3