**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NDUMIBAMA MOONGA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No.: 1:25-cv-01478 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 22) |

Ndumibama Moonga is proceeding pro se and in forma pauperis. Plaintiff claims that Defendants improperly repudiated Article III powers and appropriated federal powers from the federal courts and Congress. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to state in claim on June 11, 2026. (Doc. 22.) The Court served the findings and recommendations on the plaintiff, informed him that objections were due within 30 days, and advised that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id.* at 20-21, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). (*Id.* at 7). Plaintiff filed timely objections to the findings and recommendations on July 2, 2026. (Doc. 23.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this

case. Having carefully reviewed the matter, including the lengthy objections and Plaintiff's March 23, 2026 motion for reconsideration (Doc. 21) referenced in the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued June 11, 2026 (Doc. 22) are **ADOPTED** in full.
2. The action is dismissed for failure to state a claim.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: _July 14, 2026_

UNITED STATES DISTRICT JUDGE